**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **ELIAS GONZALEZ ALVAREZ,** ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:21cv826-MHT |
| ) | (WO) |
| **ALAN COHEN, WARDEN,** ) | |
| ) | |
| Respondent. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 15) is adopted.

(3) The 28 U.S.C. § 2241 petition (Doc. 1) is dismissed.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of February, 2025.

                                         /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE